| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | A. BENJAMIN GOLDGAR<br><br><br>03/05/2014<br>10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   DOMINGUEZ, MARA L          §   Case No. 13-18222
                                    §
                                    §
Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/05/2014 in Courtroom 642, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 02/12/2014          By:    Ira Bodenstein
                                                                  Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | A. BENJAMIN GOLDGAR |
| Shaw Fishman | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | _____ |
| Chicago, IL  60654 | Hearing Date: | _____ / / |
| (312) 666-2861 | Hearing Time: | _____ |
| Chapter 7 Trustee | Response Date: | _____ / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: DOMINGUEZ, MARA L | § Case No. 13-18222 |
| | § |
| | § |
| Debtor(s) | § |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $        7,420.00 |
| *and approved disbursements of* | $           53.67 |
| *leaving a balance on hand of* [1] | $        7,366.33 |
| **Balance on hand:** | $        7,366.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $        0.00 |
| Remaining balance: | $    7,366.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,492.00 | 0.00 | 1,492.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $    1,492.00 |
| Remaining balance: | $    5,874.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,874.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,874.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,393.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC as assignee of Bank of America | 4,952.68 | 0.00 | 4,550.86 |
| 2 | Capital One Bank (USA), N.A. | 1,440.33 | 0.00 | 1,323.47 |

Total to be paid for timely general unsecured claims: $ 5,874.33
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 13-18222-ABG
Mara L Dominguez                                                    Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 1          Date Rcvd: Feb 13, 2014
                              Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2014.
db           +Mara L Dominguez,    1758 Greenwood Rd,    Glenview, IL 60026-1518
20418053     +ACL Laboratories,    3000 North Halsted St,    Chicago, IL 60657-5188
20418055     +Bank of America,    450 American St,    Simi Valley, CA 93065-6285
20418056     +Blitt and Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
20879923      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
20418058     +Capital One NA,    Capital One Bank USA NA,    POB 30285,   Salt Lake City, UT 84130-0285
20418059      Comcast,   POB 3005,    Southeastern, PA 19398-3005
20418060     +EOS CCA,    700 Longwater Dr,   Norwell, MA 02061-1624
20418063     +Maria Dominguez,    1758 Greenwood Rd,    Glenview, IL 60026-1518
20418068     +Von Maur,    Attn Bankruptcy,   727 Veteran's Memorial Parkway,    Davenport, IA 52806-7604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20418054     +E-mail/Text: g20956@att.com Feb 13 2014 20:56:13     AT&T Mobility,    POB 6416,
               Carol Stream, IL 60197-6416
20418057     +E-mail/Text: bankruptcy@cavps.com Feb 13 2014 20:55:47     Calvary Portfolio Services,
               Attn Bankruptcy Department,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2322
20772106     +E-mail/Text: bankruptcy@cavps.com Feb 13 2014 20:55:47     Cavalry SPV I, LLC as assignee of,
               Bank of America/FIA Card Services N A,    Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
20418061     +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2014 20:57:14     GECRB/Ashley Homestore,
               950 Forrer Blvd,    Kettering, OH 45420-1469
20418062     +E-mail/Text: bankruptcy@hraccounts.com Feb 13 2014 20:54:28     H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
20418064     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2014 20:55:10     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20418065     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 13 2014 20:55:32     NCO Financial Systems,
               Attn Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2368
20418066     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 13 2014 20:55:32     OSI Collect,
               507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20418067    ##+Verizon Wireless,    POB 3397,   Bloomington, IL 61702-3397
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2014 at the address(es) listed below:
              Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott C Polman     on behalf of Debtor Mara L Dominguez spolman.law@comcast.net
                                                                                             TOTAL: 3
```